BEFORE THE SECOND DIVISION, NOVEMBER 28, 1938

No. 39933.—Protest 401878–G of Wurzburger & Co. (New York).

Opinion by TILSON, J.  From the record it was found that certain items consist. of articles in chief value of cellulose filaments similar to those involved in Abstract. 37230.  The claim at 60 percent under paragraph 31 was therefore sustained.